IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH ROTE,

     Petitioner,

v.                               CASE NO. 1:09-cv-00239-MP-AK

WALTER MCNEIL,

     Respondent.

_____/

## O R D E R

This matter is before the Court on the Magistrate's Report and Recommendation, Doc. 2, regarding the Petition for Writ of Habeas Corpus, Doc. 1. The Magistrate has recommended that the case be transferred to the United States District Court for the Middle District of Florida. No objections have been filed, and the time for doing so has passed. Petitioner is currently incarcerated in Taylor Correctional Institution and challenges his conviction in the Circuit Court of Columbia County, Florida. Jurisdiction is therefore appropriate either here or in the Middle District of Florida. The district of conviction would appear to be more appropriate in this case, where it is the conviction being challenged rather than conditions of current confinement. Accordingly, it is

     **ORDERED AND ADJUDGED:**

     1.    The Report and Recommendation of the Magistrate Judge, Doc. 2, is ADOPTED and incorporated herein.

     2.    This case is TRANSFERRED to the Middle District of Florida for all further proceedings.

     **DONE AND ORDERED** this   *10th* day of December, 2009

__s/Maurice M. Paul__

Maurice M. Paul, Senior District Judge